IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DIANE BATES, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:24cv154-MHT |
| | ) | (WO) |
| THOMAS LEE MACON, IV, in | ) | |
| his individual and his | ) | |
| official capacity as | ) | |
| Elmore County Revenue | ) | |
| Commissioner, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

This case is before the court on plaintiff Diane Bates's motion to recuse the United States Magistrate Judge and a supplement to that motion. Plaintiff Bates asserts that recusal is necessary due to the appearance of bias, and to uphold the integrity of the judicial process and plaintiff's right to a fair trial.

After carefully reviewing Bates's filings and the entire record, the court finds no evidence of bias of any kind or of any threat to the integrity of the process or to Bates's rights from the magistrate judge.

The orders entered by the magistrate judge have been appropriate and are typical orders commonly entered in federal civil litigation in the Eleventh Circuit Court of Appeals.

Accordingly, it is ORDERED that plaintiff's motion to recuse the United States Magistrate Judge (Doc. 32 & Doc. 38) is denied.

DONE, this the 9th day of August, 2024.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**