IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DIANE BATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:24cv154-MHT |
| ) | (WO) |
| THOMAS LEE MACON, IV, in ) | |
| his individual and his ) | |
| official capacity as ) | |
| Elmore County Revenue ) | |
| Commissioner, et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

Plaintiff filed this lawsuit asserting race, age, and disability discrimination and a variety of other claims stemming from the termination of her employment and her filing of a charge with the Equal Opportunity Employment Commission. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions to dismiss be granted. Also before the court are plaintiff's objections to the recommendation. After an independent

and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.  The court notes that the magistrate judge held a hearing with the pro se plaintiff and defendants' counsel on February 11, 2025.  This court has listened carefully to a recording of the hearing, and finds that the magistrate judge tried to assist plaintiff by asking her to clarify the basis of her claims, but she was uncooperative.

    An appropriate judgment will be entered.

    DONE, this the 11th day of March, 2025.

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**