IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DIANE BATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:24cv154-MHT |
| ) | (WO) |
| THOMAS LEE MACON, IV, in ) | |
| his individual and his ) | |
| official capacity as ) | |
| Elmore County Revenue ) | |
| Commissioner, et al., ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 53) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 51) is adopted.

(3) Defendants' motions to dismiss (Doc. 20, Doc. 30, and Doc. 41) are granted.

(4) Plaintiff's motion to strike (Doc. 25) is

denied.

(5) Plaintiff's motion to intervene (Doc. 54) is denied as moot.

(6) This lawsuit is dismissed with prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of March, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE