IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DIANE BATES, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:24cv154-MHT |
| | ) | (WO) |
| THOMAS LEE MACON, IV, in | ) | |
| his individual and his | ) | |
| official capacity as | ) | |
| Elmore County Revenue | ) | |
| Commissioner, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

This case is before the court on plaintiff Diane Bates's motion for reconsideration under Federal Rule of Civil Procedure 59 (Doc. 57).  Rule 59 provides for the filing of a motion for a new trial or a motion to alter or amend the judgment within 28 days of entry of judgment.  Because there was no trial in this case, the court views the motion as a motion to alter or amend the judgment.  The motion was timely filed.

As plaintiff acknowledges in her motion, "[t]he only grounds for granting [a Rule 59] motion are

newly-discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (quoting *In re Kellogg,* 197 F.3d 1116, 1119 (11th Cir. 1999)).  Plaintiff has not shown that the court's decision to dismiss her case was incorrect. Plaintiff's feeling that her constitutional rights were violated does not make it so.

Accordingly, it is ORDERED that the motion for reconsideration is denied.

DONE, this the 12th day of May, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**